IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRISTI LANE RICHARDSON**                                             **PLAINTIFF**

V.                     NO. 4:18CV00098-JM-JTK

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**                         **DEFENDANT**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 3rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE